# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-2593

| | | |
|---|---|---|
| United States of America, | * | CR02-230(2)JMR/FLN |
| Appellee, | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota |
| Scott Christopher Radtke, | * | |
| Appellant. | * | |

RECEIVED
BY MAIL
AUG 18 2005
CLERK, US DIST. COURT
ST. PAUL, MN

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

July 18, 2005

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

SCANNED
AUG 18 2005
U.S. DISTRICT COURT ST. PAUL