**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Terry Kreft, being first duly sworn upon oath, deposes and states that on the 2nd day of February, 2006, she served a copy of the following:

Satisfaction of Judgment

upon:

Scott Christopher Radtke
2319 Beverly Road
St. Paul, MN 55104

by depositing the same with postage prepaid with the United States mail at Minneapolis, Minnesota.

s/Terry Kreft
Terry Kreft

Subscribed and sworn to before me
this 2nd day of February, 2006.

s/Cheryl E. Dudley
Notary Public