UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-230(02)(JMR/FLN)

United States of America )
)
v. ) ORDER
)
Scott C. Radtke )

By letter dated July 3, 2007, defendant requests an early discharge from his term of supervised release. The probation officer does not object to an early discharge.

Based upon a review of all the circumstances of this case, including defendant's compliance with all terms of his supervised release, IT IS ORDERED that defendant's request is granted, and the period of defendant's supervised release is terminated.

Dated: August 6th, 2007

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge